| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 17 CR 650 (PKC) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:20CR311(KSH) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Jose Medina-Gomez | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | P. Kevin Castel | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 15, 2019 | TO March 14, 2024 |

OFFENSE

Cocaine Conspiracy, 21 U.S.C. 846 & 21 U.S.C. 841(b)(1)(A), a Class A Felony
Heroin Conspiracy, 21 U.S.C. 846(b)(1)(A), a Class A Felony
Possession and Distribution of Cocaine, 21 U.S.C. 846 & 21 U.S.C. 841(b)(1)(B), a Class B Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-25-20
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/7/2020
*Effective Date*

*United States District Judge*